

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Alexander Salay-Martinez

Plaintiff(s),

v.

Mizrahi Grill, LLC et al

Defendant(s).

Case No. 15 c 6137
Judge Virginia M. Kendall

## ORDER

Enter proposed order. Plaintiffs' claims in this lawsuit against defendant are dismissed, initially without prejudice and will automatically convert to a dismissal with prejudice, with each party to bear its own costs subject to the terms of the Settlement Agreements and Releases, on November 30, 2105, unless plaintiffs file a motion to reinstate before or on that date to enforce the terms of this agreement.

Date: 10/30/2015

Virginia M. Kendall
United States District Judge

2015 NOV 20 AM 9: 57